ARKANSAS NATURAL GAS CO. v. ARKANSAS RAILROAD COMMISSION et al. (Circuit Court of Appeals, Eighth Circuit. May 7, 1923.) No. 6141. Appeal from the District Court of the United States for the Eastern

District of Arkansas. W. B. Smith, of Little Rock, Ark., for appellant. W. H. Martin, E. H. Wootton, and T. K. Martin, all of Hot Springs, Ark., Ashley Cockrill and H. M. Armistead, both of Little Rock, Ark., and J. S. Utley, Atty. Gen. of Arkansas, for appellees.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.